# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1024
_____

GLEN SCHOOLEY,

   Appellant,

   v.

WELLS FARGO BANK, N.A. as
Trustee for OPTION ONE
MORTGAGE LOAN TRUST 2007-
FXD2, LINDA FLOWERS, and
SHARON CASON,

   Appellees.

_____

On appeal from the Circuit Court for Holmes County.
Russell S. Roberts, Judge.


February 12, 2026

PER CURIAM.

   AFFIRMED.

ROWE, BILBREY, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Glen Schooley, pro se, Appellant.

Kimberly George of Deluca Law Group, PLLC, Fort Lauderdale, for Appellee Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD2; Thomas L. Lutz of Goodwin Law Group, P.A., Mary Esther, for Appellee Linda Flowers; Sharon Cason, pro se, Appellee.